**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1457

DEPARTMENT OF SOCIAL SERVICES DIVISION OF CHILD SUPPORT CENTRAL VIRGINIA DISTRICT OFFICE; ARTHUR MISKIMON; SADE BATTLE,

        Plaintiffs - Appellees,

    v.

NASIEM AHMAD SHABAZZ EL,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:24-cv-00081-RCY)

Submitted:  October 22, 2024                    Decided:  October 24, 2024

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Nasiem Ahmad Shabazz El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nasiem Ahmad Shabazz El seeks to appeal the district court's order sua sponte remanding the underlying action to the state court from which it was removed. Subject to exceptions not applicable here, "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise." 28 U.S.C. § 1447(d); *see E.D. ex rel. Darcy v. Pfizer, Inc.*, 722 F.3d 574, 579-83 (4th Cir. 2013). Accordingly, we dismiss the appeal for want of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before this court and argument would not aid the decisional process.

*DISMISSED*